In the Matter of BRUCE B., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted November 10, 2008; decided December 18, 2008

Motion for leave to appeal dismissed upon the ground of mootness.

CREDIT-BASED ASSET SERVICING AND SECURITIZATION, LLC, Respondent, v MARIE LOUISE CHAUDRY, Appellant, et al., Defendants.

Submitted November 24, 2008; decided December 18, 2008

Motion for reargument dismissed as untimely (*see* 22 NYCRR 500.24 [b]) [*see* 7 NY3d 915 (2006); 100 NY2d 615 (2003)].

In the Matter of JOY GARTMOND, Appellant, v THOMAS CONWAY, Respondent.

Submitted December 8, 2008; decided December 18, 2008

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no appeal lies as of right from the unanimous order of the Appellate Division absent the direct involvement of a substantial constitutional question (CPLR 5601).

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TYRONE MAYE, Appellant.

Submitted November 10, 2008; decided December 18, 2008

Motion to vacate preclusion order denied.